AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Southern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DENNIS EUGENE KIMBALL | ) | Case No.   4:21-MJ-659 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 26 to 29, 2021 _____ in the county of _____ Polk _____ in the
_____ Southern _____ District of _____ Iowa _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2422(b), 2 | Enticement and attempted enticement of a minor to engage in illicit sexual activities |
| 18 USC 2251(a) and (e) | Attempted production of child pornography |
| 18 USC 1470 | Transfer and attempted transfer of obscene material to a minor |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ This complaint and affidavit were presented
by an attorney for the government.

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other
reliable electronic means.

Date:   _____ 11/01/2021 _____

City and state:   _____ Des Moines, Iowa _____

*Complainant's signature*

Chris Thomas, Task Force Officer, FBI
*Printed name and title*

*Judge's signature*

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
11:41 am, Nov 01 2021