# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chris Thomas, being duly sworn, state as follows:

## BACKGROUND

1. I am a Special Agent with the Iowa Department of Public Safety, Division of Criminal Investigation, and have been since 2006. I have completed twenty weeks of law enforcement at the Iowa Department of Public Safety Training Center. Since November 2013, I have been assigned to the Cyber Crime Unit and the Iowa Internet Crimes Against Children Task Force. I have received training relating to child exploitation and child pornography, and I have investigated numerous criminal violations relating to these offenses, including obtaining multiple search warrants. I have participated in multiple investigations involving computers and electronic evidence. From 2014 to 2017 I was part of an FBI Task Force assigned to investigate criminal computer intrusions. I am currently a Task Force Officer with the FBI's Child Exploitation Task Force.

2. I am submitting this affidavit in support of a criminal complaint and arrest warrant charging DENNIS EUGENE KIMBALL with the enticement and attempted enticement of a minor to engage in illicit sexual activities in violation of Title 18, United States Code, Section 2422(b) and Section 2; the attempted production of child pornography in violation of Title 18, United States Code, Sections 2251(a) and Section 2251(e); the transfer and attempted transfer of obscene material to a minor, in violation of Title 18, United States Code, Section 1470.

FILED
By: Clerk's Office, Southern District of Iowa
11:44 am, Nov 01 2021

3. This affidavit is based on information I have gained through my training and experience and my investigation of this matter; information I have received from law enforcement officers in the Altoona Police Department (Iowa), as well as reports authored by those officers; and my review of material and evidence generated and collected as a part of this investigation. Because I am submitting this affidavit for the limited purpose of securing a criminal complaint, I have not included every fact I know about the investigation.

## SUMMARY

4. As explained in more detail below, from the dates of October 26, 2021 to October 29, 2021, DENNIS EUGENE KIMBALL communicated via Facebook Messenger with an undercover officer (UC) who was posing as a 15-year-old minor female. During the communications, KIMBALL solicited the UC to take and send to KIMBALL photos of herself naked and engaging in masturbation; repeatedly attempted to arrange to meet the UC in person to engage in illegal sex acts; and sent the UC videos of himself masturbating. A copy of those messages is included as a sealed exhibit A.[1]

5. Therefore, there is probable cause to believe that KIMBALL committed violations of Title 18, United States Code, Section 2422(b) and Section 2 (enticement and attempted enticement of a minor to engage in illegal sexual activities); Title 18, United States Code, Sections 2251(a) and Section 2251(e) (attempted production of

---

[1] Exhibit A contains the specific user name of the UC and should remain sealed to the public for security reasons.

2

child pornography); and Title 18, United States Code, Section 1470 (transfer and attempted transfer of obscene materials to a minor).

### STATEMENT OF PROBABLE CAUSE

6. In September of 2021, the Altoona Police Department (Iowa) in conjunction with the Iowa Division of Criminal Investigation's (DCI) Internet Crimes Against Children Task Force (ICAC) and the FBI's Child Exploitation and Human Trafficking Task Force (CEHTTF) initiated a proactive project to identify individuals soliciting minors for sex on the internet.

7. A Detective with the Altoona Police Department set up a Facebook account that purported to be a 15-year-old minor female, going by the name of "A.B." ("A.B." are not the real initials of the Facebook profile, the real initials of the undercover account profile have been changed for security purposes, hereafter to be referred to as AB). Law enforcement applied age regression technology to photographs of a female Altoona Police officer and used those images to populate the undercover Facebook profile. When private one-on-one Facebook messenger chats occurred with other Facebook users, law enforcement used the same process to create and send photos to the Facebook users on Facebook messenger.

8. On October 26, 2021 a Facebook user with the display name of "Dennis Kimball" with the Facebook account of https://www.facebook.com/profile.php?=100054 (the last ten digits have been removed for security purposes) initiated a conversation with AB via Facebook

Messenger. "Dennis Kimball" was identified by law enforcement as 57-year-old Des Moines, Iowa resident Dennis Eugene Kimball through further investigation, review of evidence, and based on "selfies" and other messages sent by "Dennis Kimball" to the UC. Iowa Department of Transportation (DOT) records show a Dennis Eugene Kimball with a birth year of 1964 and listed address in the 3600th block of E. Douglas Avenue, Des Moines, IA 50317. KIMBALL is a registered sex offender in Iowa and is a convicted felon. Your Affiant has obtained and viewed an Iowa Driver's License photo of KIMBALL and an Iowa Sex Offender Registry photo of KIMBALL.

9. KIMBALL has extensive state criminal history in Iowa and Nebraska dating back to the 1980s. KIMBALL has previous convictions for burglary, robbery, assault, amongst others.

10. KIMBALL is required to register on the Iowa Sex Offender Registry based on a 1994 Polk County conviction for assault with intent to commit sexual abuse.

11. KIMBALL also has prior federal convictions in the Southern District of Iowa. In 2007, KIMBALL was convicted of attempted bank robbery and sentenced to 154 months' imprisonment and 26 months' supervised release. SDIA Case No. 4:06-CR-158, Dkt. 161. Supervised release was revoked in 2018 (Dkt. 221), 2019 (Dkt. 244) and 2020 (Dkt. 263). For the final revocation in 2020, KIMBALL was sentenced to 15 months' imprisonment with no supervised release to follow. (*Id.*)

12. In 2017, KIMBALL was convicted of escape and sentenced to 3 months'

4

imprisonment and one year' supervised release, to run concurrently with the previously mentioned term. SDIA Case No. 4:16-CR-129, Dkt. 38. Supervised release was revoked in 2018 and KIMBALL was sentenced to 12 months' imprisonment with no supervised release to follow. (Dkt. 62.)

### A. KIMBALL Initiates Chat with AB and Knows She is 15

13. On October 26, 2021, KIMBALL was released from the Fort Des Moines Correctional Facility, and according to the revocation judgements entered in SDIA Case No. 4:06-CR-158 (Dkt. 263) and SDIA Case No. 4:16-CR-129 (Dkt. 62), he is not serving any term of supervised release. That evening, KIMBALL initiated a Facebook conversation via Facebook Messenger with AB. At 5:43 PM CDT (all times hereafter is in CDT) KIMBALL states: "Hello little beautiful how are you". The chat set forth below occurred later the same evening:

> Oct 26, 2021, 7:17 PM
> AB
> How old r u
>
> Oct 26, 2021, 7:17 PM
> Dennis Kimball
> I'm sure I. Older then you let me ask you like older men that will love you in full
>
> Oct 26, 2021, 7:17 PM
> Dennis Kimball
> How old are you
>
> Oct 26, 2021, 7:18 PM
> Dennis Kimball
> Where you from
>
> Oct 26, 2021, 7:18 PM

5

> Dennis Kimball
> This message was unsent

*Agent Note: When the chat notes that "this message was unsent", based on my training and experience and based off of conversations with other law enforcement officers I know, it means that an image or video was sent from Facebook user A (in this case KIMBALL) via Facebook Messenger to a Facebook user B (In this case AB), but Facebook user A chose to rescind the image. This is presumably done by KIMBALL to prevent AB from preserving and obtaining the image that KIMBALL sent. KIMBALL continues this practice throughout his conversation with AB. Wherever "This message was unsent" appears in this affidavit and the sealed exhibit, the same applies as outlined here. The UC Detective operating the Facebook page did view the image prior to KIMBALL rescinding the image and recognized the image as depicting KIMBALL. After realizing what KIMBALL was doing, likely in an attempt to prevent documented evidence of KIMBALL'S illegal activity, the Undercover Detective operating the AB Facebook account was able to document the images and videos KIMBALL was rescinding by screen recording the Facebook Messenger screen before it was rescinded by KIMBALL.*

> Oct 26, 2021, 7:18 PM
> Dennis Kimball
> How old I look babygirl
>
> Oct 26, 2021, 7:18 PM
> AB
> Lol idk 35?
>
> Oct 26, 2021, 7:19 PM
> AB
> I'm 15
>
> Oct 26, 2021, 7:19 PM
> Dennis Kimball
> I know talking to me you'll get in trouble
>
> Oct 26, 2021, 7:20 PM
> Dennis Kimball
> Darn your good

Ex. A, 94-93.[2]

---

[2] Exhibit A orders the chats from most recent to least recent. As such, the earliest messages are at the end of the document.

14.     From October 26 to October 29, 2021, AB informs KIMBALL multiple times that she is 15 years old. The following are some of those examples:

Example 1 (*Id.* at 26)
Oct 27, 2021, 9:58 PM
Dennis Kimball
Do you have any tattoos baby

Oct 27, 2021, 9:58 PM
AB
No I'm 15 mom won't let me

Example 2 (*Id.* at 39)
Oct 27, 2021, 8:26 PM
AB
U ever made love 2 a 15 year old b4?

Oct 27, 2021, 8:26 PM
Dennis Kimball
Iam your last man to be in your life right

Example 3 (*Id.* at 73)
Oct 26, 2021, 11:18 PM
AB
Have u ever had sex with a 15 year old?

Oct 26, 2021, 11:19 PM
Dennis Kimball
Anytime you want to leave you let me know just when ever you had it where your at I'll give you
happiesness

Oct 26, 2021, 11:19 PM
Dennis Kimball
No your the frist

15.     On several occasions KIMBALL informs AB that she is to act like and now pretend that she is 21 years old. One example is set forth in the chat below:

7

Oct 27, 2021, 9:34 PM
Dennis Kimball
Any body around me and you are around you are 21 and that's how you well act just like 21

Oct 27, 2021, 9:35 PM
Dennis Kimball
You are no longer under so how old are you I'm asking

Oct 27, 2021, 9:36 PM
AB
I'm 21 daddy

Oct 27, 2021, 9:38 PM
Dennis Kimball
When is your b-day right now

Oct 27, 2021, 9:38 PM
Dennis Kimball
You ready for daddy to trun you out

Oct 27, 2021, 9:39 PM
AB
July 1 2006

Oct 27, 2021, 9:39 PM
AB
Ya definitely

Oct 27, 2021, 9:40 PM
Dennis Kimball
When you come live with me you will start dressing different and you will shit how sexy and hot you look when iam done with you

Oct 27, 2021, 9:40 PM
AB
How do u want me to dress

Oct 27, 2021, 9:42 PM
Dennis Kimball
Your b-day is now always remember this July 1st 2000

8

*Id.* at 30-29.

### B. Attempted Enticement

16.     At the beginning of the chat on October 26, 2021, KIMBALL almost immediately tells AB she is beautiful and asks if she is single. (Ex. A at 94.) AB informs KIMBALL she is 15 for the first time. *Id.* at 93. KIMBALL is undeterred by this information, asking to see her, telling her to send him photos, asking if she is looking for a boyfriend, and telling her not to get him in trouble. (*Id.* at 92.)

17.     Later on October 26, 2021, KIMBALL asks AB if she has ever "made love" with another person, asks her if she wants "it", referring to sex, to "happen between" them, tells her she is sexy, and asks if they can see each other sometime. (*Id.* at 87-86.) KIMBALL tells her he wants to "make out and give you me as you give me you" *id.* at 84, and instructs her to tell him "that you want to have sexy with me", *id.* at 83, and tells her to take and send to him photos of her "up on the bed in your panties showing me that sexy body", *id.* at 80.

18.     After AB says she lives in Altoona, KIMBALL tells her "to get down town it won't even take you 2 dollars I'll get you ba k home". (*Id.* at 81.)

19.     Throughout the chats between October 26 and 29, 2021, KIMBALL tells AB that he wants to meet up with her to engage in various sex acts *i.e., id.* at 78-77, 59, 46, 43-42, 27. KIMBALL tells AB that he wants to get her pregnant and did not want to wear a condom while having sex with her, *i.e., id.* at 77. KIMBALL repeatedly informs AB that he will buy a bus ticket back to Altoona if she comes to Des Moines

to meet him, *i.e., id.*at 78. KIMBALL indicates that he has purchased a new cell phone to give to her when they meet. (*Id.* at 43-42.) KIMBALL tells AB that when she turns 18, he wanted to take her to Las Vegas to marry her, and would provide for her. (*Id.* at 51.)

20. Throughout the chats from October 26 to 29, 2021, KIMBALL repeatedly attempts to meet AB for illegal sex acts or to set up a meeting for illegal sex acts. (*See id.* at 22-1.) AB agreed to meet KIMBALL at a motel to engage in sex acts on November 2, 2021. (*Id.* at 22-19.) KIMBALL asks AB about her alcohol and drug use, and KIMBALL agrees ~~to bring~~ try to bring alcohol, marijuana, and methamphetamine to their meeting. (*Id.* at 13.)

21. On October 29, 2021, KIMBALL details what he would like to do to AB when they meet up on November 2, 2021:

> Oct 29, 2021, 12:27 AM
> Dennis Kimball
> Baby when I see you I want to hold you tight and give you hot sweet kisses all over your face and neck as I do so I'll take your top off and work my way down to them nice sweet nipples suck on them half hard and still work me way down and take your panties off and go on down and suck that pussy intil you can't take it no more baby as you pull me back up you started to suck on my body and you get down. To my cock you take it all baby as I cum all in your mouth I tell you don't stop and take it deep I look down at you and I pick you up and we get on the bed and I get on top of you put your legs high on my shoulders so I can hit that pussy deep I trun you around up on the bed and lay you down and I play with your fine azs I til I got you moaning and fu king you hard

*Id.* at 7. KIMBALL instructs AB "Now babygirl show me" and "Come fuck me".

22. When AB does not immediately respond, KIMBALL changes tactics, telling her "OK I see you don't want to talk to me" and telling her he is mad and "fuck

it". (*Id.* at 7-6.) He writes, "Go talk to who ever and or go fuck you do care about my feelings" and "Never mind about anything and everything I can't do it if you can't do as asked fuck it". (*Id.* at 6-5.) AB responds by apologizing and begging for his forgiveness. (*Id.*) KIMBALL repeatedly tells AB to show him that she wants him and to do what he asks of her. (*Id.* at 4-1.) When AB declines to send a photo of herself to KIMBALL, continues to tell her he is done and that he knows AB does not care about him. (*Id.*) KIMBALL then changes tone again, telling AB that he loves her and goodnight and "kisses". (*Id.*)

23. Based on your affiant's training and experience, KIMBALL's behavior after AB not complying as fast as KIMBALL would like is consistent with that of grooming behavior that sex abusers use to coerce victims into meeting with them.

### C. Attempted Production of Child Pornography

24. Throughout the chats between October 26 and 29, 2021, KIMBALL repeatedly asks for and directs AB to take and send to him nude photos of herself acting sexy, *i.e., id.* at 77, 74, 73 ("I want you in them panties ass up in the air back arched and your head down on the bed").

25. During the afternoon of October 27, 2021, KIMBALL tells AB that he wants AB to take and send to him four specific photos, as set forth in the chat below:

> Oct 27, 2021, 3:46 PM
> Dennis Kimball
> You getting ready for that shower yet
>
> Oct 27, 2021, 3:47 PM
> Dennis Kimball

11

I want 4 ok baby

Oct 27, 2021, 3:47 PM
AB
u want it to belong 2 u?

Oct 27, 2021, 3:47 PM
Dennis Kimball
1. Of you showing me all your front side

Oct 27, 2021, 3:48 PM
Dennis Kimball
Yes is it mine

Oct 27, 2021, 3:49 PM
Dennis Kimball
2.i want you to trun to the side so I can see you from the side just how big them tits are

Oct 27, 2021, 3:49 PM
AB
they arent very big im sry :(

Oct 27, 2021, 3:50 PM
Dennis Kimball
3 I want you to take one from the back showing me that sexy ass with you looking

Oct 27, 2021, 3:50 PM
AB
what will u do for all these photos _

Oct 27, 2021, 3:52 PM
Dennis Kimball
4. I want you to sit down and open them beautiful legs and rub that sweet pussy open for me show me
that clit love

Oct 27, 2021, 3:53 PM
Dennis Kimball
And some time later you can shock me when mom anit around you up on that bed doing what I did for

you do for me love shock me with that one

Oct 27, 2021, 3:53 PM
Dennis Kimball
Be your all time lover and don't never let anyone ever fuck with you

*Id.* at 50-49.

### D. Attempted Transfer of Obscene Material to a Minor

26. Between October 26 and 29, 2021, KIMBALL sends AB three videos featuring a hand masturbating a penis with a tattoo on it and KIMBALL says the videos are of him. KIMBALL also tells AB he has a tattoo on his penis. (*Id.* at 24.)

27. Throughout the conversation KIMBALL sends images depicting his face to AB. I have viewed these images. I compared these photos to the photos of KIMBALL in the Iowa DOT photo and the photo taken by the sex offender registry and confirmed that the image that was sent to AB is an image depicting KIMBALL.

28. A records check with the Iowa Sex Offender Registry shows that on October 26, 2021 KIMBALL registered at an address in the 3300th block of Easton Blvd, Des Moines, IA 50317. Iowa Department of Corrections records show that KIMBALL was released on 10/26/2021 and registered an address in the 3300th block of Easton Blvd, Des Moines, IA 50317.

### CONCLUSION

29. For the reasons set forth above, there is probable cause to believe that DENNIS EUGUNE KIMBALL committed violations of Title 18, United States Code, Section 2422(b) and Section 2 (enticement and attempted enticement of a minor to

engage in illegal sexual activities); Title 18, United States Code, Sections 2251(a) and Section 2251(e) (attempted production of child pornography); and Title 18, United States Code, Section 1470 (transfer and attempted transfer of obscene materials to a minor).

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

11-1-21
Date

C. D Thms
Chris Thomas, Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to me by reliable electronic means on November 1, 2021.

Helen C. Adams
Hon. Helen C. Adams
Chief U.S. Magistrate Judge
Southern District of Iowa

14