**RECEIVED**

NOV 17 2021

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:21-cr-146 |
| v. | INDICTMENT |
| DENNIS EUGENE KIMBALL, | T. 18 U.S.C. § 2251(a) |
| | T. 18 U.S.C. § 2251(e) |
| | T. 18 U.S.C. § 2260A |
| Defendant. | T. 18 U.S.C. § 2422(b) |
| | T. 18 U.S.C. § 2425 |
| | T. 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Attempted Sexual Exploitation of a Minor)**

From on or about October 26, 2021 to November 2, 2021, in the Southern District of Iowa, the defendant, DENNIS EUGENE KIMBALL, did attempt to employ, use, persuade, induce, entice, and coerce N.R., a person he believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

This is a violation of Title 18, United States Code, Sections 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Enticement and Attempted Enticement of a Minor to Engage in Illicit Sexual Activities)**

From on or about October 26, 2021 to November 2, 2021, in the Southern District of Iowa, the defendant, DENNIS EUGENE KIMBALL, did use a facility of interstate commerce to knowingly attempt to persuade, induce, entice, and coerce N.R., a person he believed to have not attained the age of 18, to engage in sexual activities for which a person could be charged with a criminal offense, to wit: Sexual Abuse in violation of Iowa Code Section 709.

This is a violation of Title 18, United States Code, Sections 2422(b) and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Transfer and Attempted Transfer of Obscene Material to a Minor)**

From on or about October 26, 2021 to November 2, 2021, in the Southern District of Iowa, the defendant, DENNIS EUGENE KIMBALL, did by means of interstate commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

This is a violation of Title 18, United States Code, Sections 1470 and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Use and Attempted Use of Interstate Facilities to Transmit Information About a Minor)**

On or about October 29, 2021 and October 31, 2021, in the Southern District of Iowa, the defendant, DENNIS EUGENE KIMBALL, did use a facility of interstate and foreign commerce to knowingly initiate the transmission of information about N.R., an individual he believed had not attained the age of 16, with the intent to attempt to entice, encourage, offer, or solicit any person to engage in any sexual activity for which a person can be charged with a criminal offense, to wit, Sexual Abuse in violation of Iowa Code Section 709.

This is a violation of Title 18, United States Code, Sections 2425 and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Commission of Felony Offense Involving a Minor by a Registered Sex Offender)

From on or about October 26, 2021 to November 2, 2021, in the Southern District of Iowa, the defendant, DENNIS EUGENE KIMBALL, an individual required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Sections 2251(a) and 2251(e), as charged in Count 1; Title 18, United States Code, Sections 2422(b) and 2, as charged in Count 2; Title 18, United States Code, Sections 1470 and 2, as charged in Count 3; and Title 18, United States Code, Sections 2425 and 2, as charged in Count 4.

This is a violation of Title 18, United States Code, Section 2260A.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Amy Jennings
Assistant United States Attorney